# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ANTWOIN DAVIES,

    Plaintiff,

v.                                            Case No. 5:23-cv-187-TKW-MJF

HOLMES COUNTY SHERIFF'S
DEPARTMENT, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a pre-trial detainee proceeding *pro se*, initiated this action on July 12, 2023, by filing a civil rights complaint and a motion for leave to proceed *in forma pauperis*. Docs. 1, 2. On September 28, 2023, the undersigned granted Plaintiff's motion for leave to proceed *in forma pauperis*, and ordered Plaintiff to pay an initial partial filing fee of $81.69 within thirty days. Doc. 7. The undersigned warned Plaintiff that failure to comply with the order likely would result in this case being dismissed. *Id.* at 4.

To date, Plaintiff has not complied with the order dated September 28, 2023, and has not responded to the 14-day show cause order entered on November 13, 2023, Doc. 8.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This action be **DISMISSED** without prejudice for Plaintiff's failure to comply with court orders.[1]

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this 11th day of December, 2023.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

## NOTICE TO THE PARTIES

**The District Court referred this case to the undersigned to address all preliminary matters and to make recommendations regarding dispositive matters.** *See* **N.D. Fla. Loc. R. 72.2;** *see also* **28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b). Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**